# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| XUEJUN ZOE MAKHSOUS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) 1:19-cv-01230 |
| NICHOLAS A. MASTROIANNI II<br>YING DING | ) Judge Andrea R. Wood<br>) Magistrate Judge M. David Weisman |
| and | ) |
| US IMMIGRATION FUND, LLC, aka USIF, US IMMIGRATION FUND-NY, LLC, 701 TSQ 1000 FUNDING, LLC, aka 701 Fund, 701 TSQ 1000 Funding GP, LLC, aka 701 Manager, NYC 1000 INVESTMENT, LLC, aka 701 Fund Co-Manager, 1568 BROADWAY FUNDING 100, LLC, aka 702 Fund, 1568 BROADWAY FUNDING 100 GP, LLC, aka 702 Fund Manager, NYC 2000 INVESTMENT, LLC, aka 702 Fund Co-Manager, CAPITAL 600 INVESTMENTS, LLC, aka Regional Center Co-Manager, QIAOWAI INTERNATIONAL GROUP USA, LLC, QIAOWAI INTERNATIONAL HOLDING, LLC, QIAOWAI GROUP INTERNATIONAL TRAVEL AGENCY HOLDINGS, INC., | ) **MOTION TO DISMISS**<br>) **COMPLAINT** |
| Defendants. | ) |

Defendants Nicholas A. Mastroianni II, U.S. Immigration Fund, LLC, U.S. Immigration Fund – NY, LLC, 701 TSQ 1000 Funding, LLC, 701 TSQ Funding GP, LLC, NYC 1000 Investment, LLC, 1568 Broadway Funding 100, LLC, 1568 Broadway Funding 100 GP, LLC, NYC 2000 Investment LLC and Capital 600 Investments, LLC (collectively, the "Moving Defendants"), by and through their undersigned counsel, pursuant to Rules 9(b), 12(b)(1), 12(b)(2), 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure, respectfully move this Court to dismiss the Complaint Pursuant to Racketeer Influenced and Corrupt Organizations Act and Other Causes of Action ("Complaint") (Dkt.1). In support thereof, Moving Defendants submit the accompanying Memorandum of Law in Support of Motion to Dismiss Complaint ("Memorandum of Law'), and the Declaration of Richard G. Haddad dated March 6, 2019 and exhibits annexed thereto.

WHEREFORE, for the reasons more fully set forth in the Memorandum of Law, Moving Defendants respectfully request that this Court enter an order:

a. Dismissing the claims against the Moving Defendants with prejudice; and

b. Awarding such other, further and different relief as the Court deems just, equitable and proper.

Dated: March 6, 2019

| | |
|---|---|
| LAWRENCE KAMIN, LLC | OTTERBOURG P.C. |
| By: /s/ Peter E. Cooper | By: /s/ Richard G. Haddad |
| Peter E. Cooper | Richard G. Haddad (*pro hac vice* pending) |
| (pcooper@lawrencekaminlaw.com) | (rhaddad@otterbourg.com) |
| 300 South Wacker Drive, Suite 500 | 230 Park Avenue |
| Chicago Illinois 60606 | New York, New York 10169 |
| Tel: (312) 372-1947 | Tel: (212) 661-9100 |

*Attorneys for Defendants Nicholas A. Mastroianni II, U.S. Immigration Fund, LLC, U.S. Immigration Fund – NY, LLC, 701 TSQ 1000 Funding, LLC, 701 TSQ Funding GP, LLC, NYC 1000 Investment, LLC, 1568 Broadway Funding 100, LLC, 1568 Broadway Funding 100 GP, LLC, NYC 2000 Investment LLC and Capital 600 Investments, LLC*