UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XUEJUN ZOE MAKHSOUS, <br><br> Plaintiff, <br><br> v. <br><br> NICHOLAS A. MASTROIANNI II <br> YING DING <br> RICHARD HADDAD <br><br> and <br><br> US IMMIGRATION FUND, LLC, 1568 BROADWAY FUNDING 100, LLC, QIAOWAI INTERNATIONAL HOLDING, LLC, <br><br> Defendants. | 1:19-cv-01230 <br> Judge Andrea R. Wood <br> Magistrate Judge M. David Weisman <br><br><br> **MOTION TO DISMISS** <br> **SECOND AMENDED COMPLAINT** |

Moving Defendants,[1] by and through their undersigned counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully move this Court to dismiss the Second Amended Complaint ("Second Amended Complaint") (Dkt. 88). In support thereof, Defendants submit the accompanying Memorandum of Law in Support of Motion to Dismiss Second Amended Complaint ("Memorandum of Law"), and the Declaration of Richard G. Haddad dated June 22, 2020 and exhibits annexed thereto.

WHEREFORE, for the reasons more fully set forth in the Memorandum of Law, Moving Defendants respectfully request that this Court enter an order:

    a. Dismissing the claims against the Moving Defendants with prejudice; and

---

[1] The moving Defendants filing this motion are Nicholas A. Mastroianni II, U.S. Immigration Fund, LLC, 1568 Broadway Funding 100, LLC and Richard Haddad. The entity 701 TXQ Funding 1000, LLC ("701 Fund") is referred to inconsistently (and in the same sentence of ¶ 9 of the Second Amended Complaint) as both a "Defendant" and a "non-party." 701 Fund is not listed in the caption of the Second Amended Complaint. If 701 Fund is a Defendant, this motion is filed on its behalf as well.

6158048.1

b. Awarding such other, further and different relief as the Court deems just, equitable and proper.

Dated: June 22, 2020

| LAWRENCE KAMIN LLC | OTTERBOURG P.C. |
|---|---|
| By: /s/ Peter E. Cooper | By: /s/ Richard G. Haddad |
| Peter E. Cooper | Richard G. Haddad (*pro hac vice* pending) |
| (pcooper@lawrencekaminlaw.com) | (rhaddad@otterbourg.com) |
| 300 South Wacker Drive, Suite 500 | 230 Park Avenue |
| Chicago Illinois 60606 | New York, New York 10169 |
| Tel: (312) 372-1947 | Tel: (212) 661-9100 |

*Attorneys for Defendants Nicholas A. Mastroianni II, Richard Haddad, U.S. Immigration Fund, LLC, 1568 Broadway Funding 100, LLC and 701 TXQ Funding 1000, LLC*