# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

XUEJUN ZOE MAKHSOUS,

Plaintiff(s),

v.

NICHOLAS A. MASTROIANNI II, et al,

Defendant(s).

Case No. 1:19-cv-01230
Judge Andrea R. Wood

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: in favor of Defendants Nicholas A Mastroianni , II, Ying Ding, Richard Haddad, US Immigration Fund, LLC, 1568 Broadway Funding 100, LLC,  and Qiaowai International Holding, LLC and against Plaitniff Xuejun Zoe Makhsous.

---

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Andrea Wood on a motion to dismiss.


Date:  3/25/2021                                     Thomas G. Bruton, Clerk of Court

                                                     David Lynn, Deputy Clerk